DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3,<br><br>     Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>     Defendants. | Case No. 2:16-cv-00684-GMN-CWH<br><br>**STIPULATION AND ORDER DISMISSING ROBERT SALVADOR WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>     Counter-Claimant,<br>vs.<br><br>CHRISTIANA TRUST, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee for COUNTRYWIDE BANK, N.A., its successors and assigns; and ROBERT SALVADOR, an individual,<br><br>     Counter-Defendant/Cross-Defendants. | |

- 1 -

Cross-Defendant Robert Salvador ("Salvador") stipulates and agrees that he no longer has any interest, ownership or otherwise, in the real property commonly known as **479 N. Sand Crane Circle, Sparks, NV 89436; Parcel No. 510-453-14** ("Property"). Salvador has been informed that the Property was sold on October 24, 2013 by the foreclosure sale conducted by Alessi & Koenig, LLC ("Alessi"), agent for the Preserve Homeowner Association. Salvador further stipulates and agrees that he will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Washoe County Recorder, Instrument Number 4295546, or SFR Investments Pool 1, LLC's ("SFR") ownership interest in the Property based on the foreclosure deed.

Based on these representations, SFR Investments Pool 1, LLC and Salvador stipulate and agree that Salvador shall be dismissed from this action with without prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| Dated this 7 day of Nov, 2016. | Dated this 2nd day of November 2016. |
| **KIM GILBERT EBRON** | **ROBERT SALVADOR** |
| _[signature]_ | _[signature]_ |
| DIANA CLINE EBRON, ESQ. | Robert Salvador |
| Nevada Bar No. 10580 | c/o Richard A. Salvatore, Esq. |
| 7625 Dean Martin Dr., Suite 110 | Winter Street Law Group |
| Las Vegas, Nevada 89139 | 96 Winter Street |
| Phone: (702) 485-3300 | Reno, NV 89503 |
| Fax: (702) 485-3301 | Phone: (775) 786-5800 |
| *Attorneys for SFR Investments Pool 1, LLC* | Fax: (775) 322-2303 |
| | *Attorney for Cross-Defendant* |

///
///
///
///
///
///
///
///

-2-

# ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendant Robert Salvador shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

DATED this \_\_\_7\_\_\_ day of \_\_\_\_November\_\_\_\_, 2016.

_____
UNITED STATES JUDGE

Respectfully submitted:

_____
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:   (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -