WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
esmith@wrightlegal.net
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
alancaster@wrightlegal.net
Matthew S. Carter, Esq.
Nevada Bar No. 9524
mcarter@wrightlegal.net
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
*Attorneys for Plaintiff/Counterdefendant, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THE PRESERVE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED CLAIMS. | Case No.: 2:16-cv-00684-GMN-CWH<br><br>**STIPULATION AND ORDER REGARDING JULY 19, 2018 SETTLEMENT CONFERENCE** |

Pursuant to Local Rules 7-1 and IA 6-2, Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP

Trust 3 ("Christiana Trust"), through its counsel of record, Matthew S. Carter, Esq., SFR Investments Pool 1, LLC ("SFR"), through its counsel of record, Jacqueline A. Gilbert, Esq., and The Preserve Homeowners Association ("HOA"), through its counsel of record David T. Ochoa, Esq., submit this Stipulation and Order to continue the settlement conference in this matter to a date after the conclusion of a Ninth Circuit settlement conference involving this case, currently set for August 6, 2018.

The parties hereby stipulate as follows:

The property at issue in this matter, 479 North Sand Crane Circle, Sparks, Nevada 89436, and its associated loan, are among the subjects of a multi-case settlement conference involving SFR and Christiana Trust set for August 6, 2018, at 10:00 a.m. in Las Vegas, Nevada, with Ann Julius, Circuit Mediator with the Ninth Circuit Court of Appeals, as the mediator (the "Ninth Circuit settlement conference").

The Ninth Circuit settlement conference was set so that SFR and the investors in the subject loans, including this one, could mediate and explore the possibility settling multiple lawsuits between them at once.

Because the Ninth Circuit settlement conference has the potential to resolve issues between SFR and Christiana Trust in this case, it could also potentially resolve or simplify issues between Christiana Trust and the HOA.

Accordingly, the parties hereby stipulate that the July 19, 2018 settlement conference in this matter should be continued until after the conclusion of the Ninth Circuit settlement conference.

The parties further stipulate that, within seven days of the conclusion of the Ninth Circuit settlement conference, they will file a status report with this Court indicating what claims, if any, remain to be litigated in this action. At that time, this Court may then re-schedule the settlement conference in this case if it chooses to do so.

DATED this 12th day of July, 2018.

**KIM GILBERT EBRON**

*/s/ Jacqueline A. Gilbert, Esq.*
Diana Cline Ebron, Esq.
Nevada Bar No. 6033
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorney for SFR Investments Pool 1, LLC*

DATED this 12th day of July, 2018.

**LIPSON NEILSON P.C.**

*/s/ David T. Ochoa, Es.*
Kaleb D. Anderson, Esq.
Nevada Bar No. 7582
David T. Ochoa, Esq.
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for The Preserve Homeowners Association*

DATED this 12th day of July, 2018.

**WRIGHT, FINLAY, & ZAK, LLP**

*/s/ Aaron D. Lancaster, Esq.*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
Matthew S. Carter, Esq.
Nevada Bar No. 9524
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3*

## ORDER

The settlement conference currently scheduled in this matter for July 19, 2018, shall be continued in light of the upcoming multi-case mediation before Ann Julius, Circuit Mediator with the Ninth Circuit Court of Appeals. Within seven days of the conclusion of that mediation, the parties shall file a status report with this Court indicating what claims remain, if any, to be litigated in this action. At that time, this Court will reschedule the settlement conference in this matter if necessary.

**IT IS SO ORDERED.**

Dated this __13__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT